**The NOSTALGIA NETWORK, INC., Plaintiff–Appellee,**

v.

**Merrick Scott RAYLE, Defendant–Appellant.**

No. 99–56369.

D.C. CV–94–06747–RMT.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 14, 2001.[1]

Decided March 15, 2001.

1. The panel unanimously finds this case suit-  able for decision without oral argument. *See*

As Corrected May 2, 2001.

Before FERGUSON, TASHIMA, and FISHER, Circuit Judges.

## ORDER[2]

The district judge ordered that the defendant's answer be stricken and default entered because the defendant failed to appear for a settlement conference and then did not respond to an order to show cause in writing why his answer should not be stricken and default entered. The District Court then ordered a default judgment against the defendant.

A court may not strike an answer and issue a default judgment to punish a contempt of court unrelated to the merits of the case. *See Hovey v. Elliot,* 167 U.S. 409, 413–14, 17 S.Ct. 841, 42 L.Ed. 215 (1897); *Phoceene Sous–Marine, S.A. v. U.S. Phosmarine, Inc.,* 682 F.2d 802, 806 (9th Cir.1982). However, when the misconduct of a party interferes with the production of evidence, default judgment is proper. *Hammond Packing Co. v. Arkansas,* 212 U.S. 322, 350–51, 29 S.Ct. 370, 53 L.Ed. 530 (1909).

The case is remanded to the District Court to reevaluate its order and determine whether or not the defendant acted in a manner which permits a default judgment.

All further appeals in this case will be assigned to this panel for determination.

Remanded for further proceedings.

Fed. R.App. P. 34(a)(2)

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.